# Exhibit A

**Exhibit A**

# 2077CV00875 Eleazu, Fidelia et al vs. JP Morgan Chase

- Case Type:
- Real Property
- Case Status:
- Open
- File Date
- 08/31/2020
- DCM Track:
- F - Fast Track
- Initiating Action:
- Other Real Property Action
- Status Date:
- 08/31/2020
- Case Judge:
- 
- Next Event:

| All Information | Party | Tickler | Docket | Disposition |

## Party Information

**Eleazu, Fidelia**
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Pro Se
- Bar Code
- PROPER
- Address
- Phone Number

More Party Information

**Eleazu, Innocent**
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Pro Se
- Bar Code
- PROPER
- Address
- Phone Number

More Party Information

**JP Morgan Chase**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Dunne, Esq., Anne Virginia
- Bar Code
- 681893
- Address
- Seyfarth Shaw LLP
- Two Seaport Lane Suite 300
- Boston, MA  02210
- Phone Number
- (617)946-4940

More Party Information

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 08/31/2020 | 11/30/2020 | 91 | |
| Answer | 08/31/2020 | 12/29/2020 | 120 | |
| Rule 12/19/20 Served By | 08/31/2020 | 12/29/2020 | 120 | |
| Rule 12/19/20 Filed By | 08/31/2020 | 01/28/2021 | 150 | |
| Rule 12/19/20 Heard By | 08/31/2020 | 03/01/2021 | 182 | |
| Rule 15 Served By | 08/31/2020 | 12/29/2020 | 120 | |
| Rule 15 Filed By | 08/31/2020 | 01/28/2021 | 150 | |
| Rule 15 Heard By | 08/31/2020 | 03/01/2021 | 182 | |
| Discovery | 08/31/2020 | 06/28/2021 | 301 | |
| Rule 56 Served By | 08/31/2020 | 07/27/2021 | 330 | |
| Rule 56 Filed By | 08/31/2020 | 08/26/2021 | 360 | |
| Final Pre-Trial Conference | 08/31/2020 | 12/24/2021 | 480 | |
| Judgment | 08/31/2020 | 08/31/2022 | 730 | |

### Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 08/31/2020 | Case assigned to:<br>DCM Track F - Fast Track was added on 08/31/2020 | | Image |
| 08/31/2020 | Original civil complaint filed. | 1 | Image |
| 08/31/2020 | Civil action cover sheet filed. | 2 | |
| 10/21/2020 | Attorney appearance<br>On this date Anne Virginia Dunne, Esq. added for Defendant JP Morgan Chase<br>filed 10/16/20 | | |
| 10/21/2020 | Defendant JP Morgan Chase's Assented to Motion for Extension of Time with certificate of service<br>filed 10/16/20 | 3 | Image |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |